In the Matter of J. Edward Conway et al., Constituting the New York State Civil Service Commission, Respondents, against James J. Kaney et al., Appellants.

Argued October 7, 1948; decided November 24, 1948.

*Leonard N. Lakser* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Emil L. Cohen* and *Wendell P. Brown* of counsel), for respondents.

Appeal dismissed, without costs, on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye and Fuld, JJ.